NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANIEL J. DOCZY,**

*Plaintiff-Appellant*

**v.**

**VERIFONE SYSTEMS, INC., VERIFONE, INC.,**

*Defendants-Appellees*

---

2017-2571

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-62370-WPD, Judge William P. Dimitrouleas.

---

**JUDGMENT**

---

KEVIN N. MALEK, Malek Moss, PLLC, New York, NY, argued for plaintiff-appellant.

RYAN J. MARTON, Marton Ribera Schumann & Chang LLP, San Francisco, CA, argued for defendants-appellees. Also represented by HECTOR JULIAN RIBERA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 23, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |